UNITED STATES of America,
Plaintiff–Appellee,

v.

Jaime ORONA–GALINDO,
Defendant–Appellant.

No. 06–50057
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 9, 2006.

Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Paul Kobbe Williams, Midland, TX, for Defendant–Appellant.

Before BARKSDALE, DeMOSS, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jaime Orona–Galindo raises argu-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

ments that are foreclosed by *United States v. Caicedo–Cuero,* 312 F.3d 697, 707 (5th Cir.2002), which held that a Texas jail felony conviction for simple possession of marijuana was an "aggravated felony" under § 2L1.2 of the Sentencing Guidelines. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.